ATTORNEYS FOR DEFENDANTS:

David Morris of Fox, Swibel, Levin, and Carrol LLP
200 W. Madison, Ste. 3000
Chicago, IL 60610
(Attorney for SMP Team One)

Matthew Barrette of Sullivan, Hincks, & Conway
120 West 22 Street, Suite 100
Oak Brook, IL 60523
(Attorney for John Combs individually)